WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>  Plaintiff and,<br>KELLEY J. MILES,<br>  Plaintiff-Intervenor,<br>v.<br>THE BOEING COMPANY, a Delaware corporation, and BOEING AEROSPACE OPERATIONS, INC., a Delaware corporation,<br>  Defendants. | No. CV'03 1210 PHX PGR<br>**ORDER** |

   Pursuant to stipulation by the parties, and good cause appearing, it is hereby ordered:

   1.   Defendants shall have until December 5, 2005 to file their Memorandum in support of their request for attorneys' fees against both Plaintiff and Plaintiff-Intervenor;

   2.   Plaintiff and Plaintiff-Intervenor may file complete Responses to Defendants' Memorandum (hereinafter "Supplemental Responses") within 15 days of the date of service of the Memorandum, in accordance with Local Rule 54.2(b)(3);

   3.   Defendants may file a consolidated Reply to both the Original Responses and any Supplemental Responses that may be filed, within 10 days of service of the Supplemental Responses, in accordance with Local Rule 54.2(b)(3).

   This Order in no way alters Defendants' obligations to comply with the mandates of Local Rule 54.2(b)(1) and Rule 54(d)(2)(B), Fed.R.Civ.P., regarding the required contents of Defendants' motion for attorneys' fees and the fourteen-day requirement of

392020.1

those rules regarding the motion itself (as opposed to the memorandum in support of the motion).

DATED this 22nd day of November, 2005.

_____
Paul G. Rosenblatt
United States District Judge